■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE BURWELL, Appellant. [656 NYS2d 901] —Appeal by the defendant from a judgment of the County Court, Westchester County (LaCava, J.), rendered July 28, 1995, convicting him of burglary in the second degree and petit larceny, after a nonjury trial, and imposing sentence. .

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

We find the defendant's remaining contention to be unpreserved for appellate review and without merit. Miller, J. P., Ritter, Thompson and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SUSAN BYRNE, Appellant. [656 NYS2d 902] —Appeal by the defendant from an amended judgment of the County Court, Rockland County (Nelson, J.), rendered January 16, 1996, revoking a sentence of probation previously imposed by the same court, upon a finding that she had violated a condition thereof, after a hearing, and imposing a sentence of imprisonment upon her previous conviction of driving while intoxicated.

Ordered that the amended judgment is affirmed.

The defendant was afforded meaningful representation of counsel *(see, People v Rivera,* 71 NY2d 705, 708; *People v Baldi,* 54 NY2d 137, 146-147). Furthermore, the defendant's sentence is neither unduly harsh nor excessive *(see, People v Suitte,* 90 AD2d 80). Miller, J. P., Thompson, Joy and Luciano, JJ., concur.